48 A.3d 1230

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shataan ADAMS, Petitioner.**

**No. 135 MAL 2012.**

Supreme Court of Pennsylvania.

July 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1)  Is the Fifth Amendment right against self[-]incrimination, and Article [I,] Section 9 of the Pennsylvania Constitution, implicated by testimony presented by the Commonwealth that the [sergeant] investigating a homicide stated that [petitioner] did not want to speak with the officer, followed by the [sergeant]'s testimony that he introduced himself as a police investigator, that he was investigating a homicide and [petitioner]'s name had come up?

438

(2) Is the Superior Court permitted, under prevailing law regarding the "harmless error" doctrine, to consider evidence that was contradicted by other evidence introduced by [petitioner]?